No. 01–6342. SENGUPTA *v.* UNIVERSITY OF ALASKA. Sup. Ct. Alaska. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 17, 2001, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 01–6395. IN RE YOUNG. D. C. W. D. Ky. Petition for writ of common-law certiorari denied.

No. 01–6996. IN RE CLARK. Petition for writ of habeas corpus denied.

No. 01–6981. IN RE HEIMERMANN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 01–6303. IN RE RANKINS; and
No. 01–6448. IN RE MARKHAM. Petitions for writs of mandamus denied.

No. 01–131. GISBRECHT ET AL. *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari as to Gary E. Gisbrecht, Barbara A. Miller, and Nancy Sandine granted. Certiorari as to Donald L. Anderson denied.

No. 01–5. UNITED STEELWORKERS OF AMERICA, AFL–CIO, CLC, ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–106. AVENDANO-RAMIREZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–120. COALITION OF NEW JERSEY SPORTSMEN, INC., ET AL. *v.* DIFRANCESCO, ACTING GOVERNOR OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–126. DANIELS ET AL. *v.* PATENAUDE ET AL. C. A. 1st Cir. Certiorari denied.